**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Rudolph Emmanuel ENGLETON, Jr., a.k.a. C-Cat, Defendant-Appellant.**

**No. 16-50064**

United States Court of Appeals, Ninth Circuit.

Submitted March 17, 2017 *

Filed March 21, 2017

Jean-Claude Andre, Assistant U.S. Attorney, Kevin M. Lally, Esquire, Assistant U.S. Attorney, Nathaniel Burke Walker, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Rudolph Emmanuel Engleton, Jr., Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Rudolph Emmanuel Engleton, Jr. appeals from the district court's judgment and challenges his 48-month sentence for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Engleton's counsel has filed a brief stating that there are no

---

ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.